MARY W. LENNAN, as Executrix of JOHN M. LENNAN, Deceased, Respondent, *v.* HAMBURG-AMERICAN STEAMSHIP COMPANY, Appellant.

*Lennan* v. *Hamburg-American Steamship Co.*, 86 App. Div. 626, affirmed.
(Argued January 20, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Everett P. Wheeler* for appellant.

*William Lindsay* and *J. Culbert Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.